

**FILED**
Oct 20, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
ALEXANDRE M. DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MICHALK, STEVE GOMEZ, AND MICHAEL DUGAN<br><br>Defendants. | CASE NO. 1:22-cr-00282-JLT-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 20, 2022, charging the above defendants with violations of 18 U.S.C. § 371 – Conspiracy (One Count); 18 U.S.C. § 641 – Theft of Public Money (Three Counts); 18 U.S.C. § 1028A – Aggravated Identity Theft (Four Counts); 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2) and 28 U.S.C. § 2461(C)  – Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail,

///

///

that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: October 20, 2022                              Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          United States Attorney

                           By    /s/ Alexandre M. Dempsey
                                      ALEXANDRE M. DEMPSEY
                                      Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  OCTOBER 20, 2022          _____
                                            SHEILA K. OBERTO
                                            U.S. Magistrate Judge