UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JEFFREY MICHALK,<br>STEVE GOMEZ, and,<br>MICHAEL DUGAN<br><br>                  Defendants. | CASE NO. 1:22-CR-00282-JLT-SKO<br><br>**UNSEALING ORDER** |

Good cause appearing due to the defendants' pending initial appearances, it is hereby ordered that the Criminal Complaint, Arrest Warrants, and related court filings in the above case be UNSEALED.

IT IS SO ORDERED.

Dated: __October 26, 2022__

_____
UNITED STATES MAGISTRATE JUDGE