PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY MICHALK, <br><br> Defendant. | CASE NO. 1:22-CR-00282-JLT-SKO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: June 7, 2023 <br> TIME: 1:00 p.m. <br> COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 7, 2023.

2. By this stipulation, defendant now moves to continue the status conference until August 16, 2023, and to exclude time between June 7, 2023, and August 16, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery associated with this case that includes audio and video recordings, voluminous paper records, photographs, and other investigatory material. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with her client.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 7, 2023 to August 16, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated: May 22, 2023                                    PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ ALEXANDRE DEMPSEY
                                                       ALEXANDRE DEMPSEY
                                                       Assistant United States Attorney

Dated: May 22, 2023                                    /s/ MAI SHAWWA
                                                       MAI SHAWWA
                                                       Counsel for Defendant
                                                       JEFFREY MICHALK

**ORDER**

IT IS SO ORDERED.

DATED: 5/24/2023                                       *Sheila K. Oberto*
                                                       THE HONORABLE SHEILA K. OBERTO
                                                       UNITED STATES MAGISTRATE JUDGE