PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00282-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE, SET CHANGE OF PLEA, AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JEFFREY MICHALK, | DATE: August 16, 2023 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows.

1.  By previous order, this matter was set for status on August 16, 2023.

2.  By this stipulation, the parties now move to vacate the status conference, set a change of plea on August 21, 2023, at 10:00 a.m. before District Judge Thurston, and to exclude time between August 16, 2023, and August 21, 2023, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying, including digital devices and material obtained via search warrant.

    b)  The parties have reached a tentative resolution and are prepared to set a change of

plea hearing for August 21, 2023. The additional time will allow the parties to finalize documents for the change of plea hearing.

      c)    Counsel for defendant desires additional time to discuss with her client the proposed resolution in this case, prepare for the change of plea hearing, and begin to prepare for sentencing.

      d)    Counsel for defendant believe that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)    The government does not object to the continuance.

      f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 16, 2023 to August 21, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 9, 2023                                PHILLIP A. TALBERT
                                                                   United States Attorney

                                                                   /s/ HENRY Z. CARBAJAL III
                                                                   HENRY Z. CARBAJAL III
                                                                   Assistant United States Attorney

Dated:  August 9, 2023

/s/ Mai Shawwa

MAI SHAWWA
Counsel for Defendant
JEFFREY MICHALK

**ORDER**

IT IS SO ORDERED.

DATED: 8/9/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE